UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE FAHNESTOCK, Individually and on behalf of all others similarly Situated, <br> Plaintiff, <br><br> v. <br><br> GLOBAL CONTROL, INC. and John Does 1-25, <br> Defendants. | Case No. 1:18-cv-00494-CAB <br><br> CIVIL ACTION |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 15, 2018

Respectfully Submitted,

 /s/Amichai E. Zukowsky
Amichai E. Zukowsky Esq.
**Zukowsky Law, LLC**
23811 Chagrin Blvd, Ste 160
Beachwood, OH 44122
ami@zukowskylaw.com
Tel. 216-800-5529
*Attorneys for Plaintiff*

IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE